**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

S. Marie Johnson
Attorney at Law
237 W. Main Street
New Iberia LA 70560

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on January 18, 2023

**REHEARING ACTION: January 18, 2023**

**Docket Number: 21   00580-CA**

**M. B.**
**VERSUS**
**T. B.**

**Appealed from St. Martin Parish Case No. 85815**

**BEFORE JUDGES:**

  **Hon. Shannon J. Gremillion**
  **Hon. Candyce G. Perret**
  **Hon. J. Larry Vidrine**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **M. B.** has this day been

  **DENIED.**
  Perret, J., would grant the rehearing.

cc: Kay Karre Gautreaux, Counsel for the Appellee